UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Brian L and Sherri Frank

                Plaintiff(s),

                v.

Experian Information Solutions, Inc., et al.,

                Defendant(s).
_____/

CASE NO. C 10 00777 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)  (ADR L.R. 5)
✓      Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: May 4, 2010                /s/  Mark F Anderson
                                                   Attorney for Plaintiff

Dated: May 4, 2010                /s/  Katherine A Klimkowski for Experian
                                                   Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
✓ Mediation
  Private ADR

Deadline for ADR session
✓ 90 days from the date of this order.
  other

IT IS SO ORDERED.

Dated: May 10, 2010

_____
UNITED STATES DISTRICT JUDGE

Page 2 to Stip and Order for ADR in Frank v Experian Information Solutions

Approved on behalf of Defendant Equifax Information Services LLC

/s/ Stephanie D. Cope
King & Spalding
1180 Peachtree St, NE
Atlanta, GA 30309-3521
Phone: (404) 215-5908
Fax: (404) 572-5100
Email: scope@kslaw.com
Attorneys for Defendant Equifax Information 5ervices LLC