Mark F Anderson (State Bar No. 44787)
ANDERSON, OGILVIE & BREWER LLP
600 California Street, 18th FL
San Francisco, CA 94108
Telephone:   (415) 651-1951
Facsimile:   (415) 956-3233
mark@aoblawyers.com

Attorney for Plaintiffs Brian L. Frank &
Sherri Frank

*IT IS SO ORDERED*
*James Ware*
*Judge James Ware*
6/3/2010

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN L FRANK & SHERRI FRANK,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al,**<br><br>　　　　Defendants. | Case No.: 5:10-cv-0777-JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

　　　　WHEREAS Plaintiffs Brian L. Frank and Sherri Frank ("Plaintiffs") and Defendant

Experian Information Solutions, Inc. ("Experian") have reached an agreement to settle all of

Plaintiffs' claims against Experian, it is hereby STIPULATED that Plaintiffs' claims against

Experian in this action are dismissed with prejudice, with each party to bear its own costs.

//

//

Dated: May 25, 2010.

/s/ Katherine A. Klimkowski
Katherine A. Klimkowski
JONES DAY
3161 Michelson Drive
Ste 800
Irvine, CA 92612
Telephone:    (949) 851-3939
Facsimile:     (949) 553-7530

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

Dated: May 25, 2010.

/s/ Mark F. Anderson
Mark Anderson
ANDERSON, OGILVIE & BREWER, LLP
600 California St., 18th Floor
San Francisco , CA 94108
Telephone: 415.651.1951
Fax: 415.956.3233

*Attorneys for Plaintiffs*
*Brian L. Frank & Sherri Frank*