1  Mark F Anderson (State Bar No. 44787)
   ANDERSON, OGILVIE & BREWER LLP
2  600 California Street, 18th FL
   San Francisco, CA 94108
3  Telephone:    (415) 651-1951
   Facsimile:    (415) 956-3233
4  mark@aoblawyers.com

5  Attorney for Plaintiffs Brian L. Frank &
   Sherri Frank
6

7

8              UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 **BRIAN L FRANK & SHERRI FRANK,**        )
                                             )  Case No.: 5:10-cv-0777-JW
12      **Plaintiff,**                       )
                                             )
13      vs.                                  )  **STIPULATION FOR DISMISSAL**
                                             )  **WITH PREJUDICE OF DEFENDANT**
14 **EXPERIAN INFORMATION**                  )  **EQUIFAX INFORMATION**
   **SOLUTIONS, INC., et al,**               )  **SERVICES, LLC**
15                                           )
        **Defendants**.                      )
16                                           )
                                             )
17                                           )
                                             )
18                                           )
                                             )
19

20     WHEREAS Plaintiffs Brian L. Frank and Sherri Frank ("Plaintiffs") and Defendant

21 Equifax Information Services, LLC (Equifax) have reached an agreement to settle all of

22
   Plaintiffs' claims against Equifax, it is hereby STIPULATED that Plaintiffs' claims against
23
   Equifax in this action are dismissed with prejudice, with each party to bear its own costs.
24

25 //

26 //

27

28
                                                        5:09-cv-03190-JW
                                              STIPULATION FOR DISMISSAL WITH
                                                                PREJUDICE

Dated: July 12, 2010.

/s/ Stephanie D. Cope
Stephanie D. Cope
KING & SPALDING
1180 Peachtree St, NE
Atlanta, GA 30309-3521
Telephone: (404) 215-5908
Facsimile: (404) 572-511

*Attorneys for Defendant*
*Equifax Information Services, LLC*

Dated: July 12, 2010

/s/ Mark F. Anderson
Mark Anderson
ANDERSON, OGILVIE & BREWER, LLP
600 California St., 18th Floor
San Francisco , CA 94108
Telephone: 415.651.1951
Fax: 415.956.3233

*Attorneys for Plaintiffs*
*Brian L. Frank & Sherri Frank*

**IT IS SO ORDERED:**

The Clerk shall close this file.

Dated: July 19, 2010

_____
United States District Judge

---

2

5:10-cv-0777-JW
STIPULATION FOR DISMISSAL WITH
PREJUDICE AS TO EXPERIAN ONLY